No. 1066, Misc.   CROOKS *v.* AMERICAN MUTUAL LIA-
BILITY INSURANCE CO. ET AL.   Sup. Ct. La.   Certiorari
denied.   Petitioner *pro se.*   *John L. Pitts* for respondents.

No. 1089, Misc.   MARSHALL *v.* ILLINOIS.   C. A. 7th
Cir.   Certiorari denied.   Petitioner *pro se.*   *William G.
Clark,* Attorney General of Illinois, and *Richard A.
Michael* and *Philip J. Rock,* Assistant Attorneys General,
for respondent.

No. 1123, Misc.   DAGLEY *v.* TEXAS.   Ct. Crim. App.
Tex.   Certiorari denied.   *John J. Browne* for petitioner.
*Waggoner Carr,* Attorney General of Texas, *Hawthorne
Phillips,* First Assistant Attorney General, and *Howard
M. Fender* and *Charles B. Swanner,* Assistant Attorneys
General, for respondent.

No. 1175, Misc.   GAGLIANO *v.* IMMIGRATION AND
NATURALIZATION SERVICE.   C. A. 2d Cir.   Certiorari
denied.   *Edward Q. Carr, Jr.,* for petitioner.   *Solicitor
General Marshall, Assistant Attorney General Vinson,
Beatrice Rosenberg* and *Kirby W. Patterson* for respond-
ent.

No. 1231, Misc.   BARTLETT *v.* UNITED STATES.   C. A.
8th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor
General Marshall, Assistant Attorney General Vinson,
Beatrice Rosenberg* and *Robert G. Maysack* for the
United States.

No. 1364, Misc.   JONES *v.* UNITED STATES.   C. A. 6th
Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor
General Marshall* for the United States.